United States District Court
Southern District of Texas
**ENTERED**
May 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:16-MJ-00530-1 |
| | § | |
| KRISTY RENEE HESBROOK | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1)   There is a serious risk that the Defendant will not appear; and

(2)   There is a serious risk that the Defendant will endanger the safety of another person or the community.

The evidence against the Defendant is substantial. The Defendant admitted she was to be paid to transport undocumented aliens. The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the proffer of defense counsel on the record. The Defendant was on bond for two felony offenses when she committed the instant offense, reflecting that she is either unwilling or unable to comply with court-ordered conditions of release.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private

consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 4th day of May, 2016.

                                                  _____
                                                  B. JANICE ELLINGTON
                                                  UNITED STATES MAGISTRATE JUDGE